# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02295-MJW

GREGORY SMITH,

      Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

      Defendant.

## JUDGMENT

Pursuant to the offer of judgment served September 9, 2014 and the acceptance thereof filed September 26, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Gregory Smith and against the Defendant Stellar Recovery, Inc. in the amount of $1,001.00, in addition Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant. Plaintiff's costs and reasonable attorney's fees are to be in an amount to be determined between the parties and added to the Judgment, or if they are unable to agree, to be determined by the Court upon Motion.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.11%  from the date of entry of Judgment.

DATED at Denver, Colorado this  9th  day of October, 2014.



JEFFREY P. COLWELL, CLERK

By:   s/S. Libid
      S. Libid, Deputy Clerk